UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

---------------------------------------------  X
OLIVET UNIVERSITY,                             :
                                               :
            Plaintiff,                         :
                                               :
        -against-                              :   **CASE NO. 8:25-cv-00762-JSM-AEP**
                                               :
DEV PRAGAD, NANCY COOPER,                      :
and DAYAN CANDAPPA                             :
                                               :
            Defendants.                        :
---------------------------------------------  X

**NOTICE OF COMPLIANCE WITH ORDER
GRANTING MOTION TO APPEAR *PRO HAC VICE***

NOTICE IS HEREBY GIVEN:

First, that on March 28, 2025, the Court granted the undersigned counsel, appearing on behalf of Plaintiff Olivet University ("Olivet"), permission to appear *pro hac vice*, ECF No. 6. The same day, counsel paid the $150.00 Special Admission fee to the Clerk of the Court.

Second, as of that day, the undersigned has remained in full compliance with this Court's Local Rules governing special admission, including Local Rule 2.01(c)(5), requiring registration with the Middle District's CM/ECF system.

Dated: April 18, 2025                    Respectfully submitted,


                                                  By: */s/ Yen-Yi Anderson*
                                                    Yen-Yi Anderson
                                                    New York Bar No. 5096268
                                                    *Pro Hac Vice* Admission to Florida
                                                    Middle District as Olivet Counsel
                                                    Anderson and Associates
                                                    61 Broadway, Suite 2809
                                                    New York, NY 10006
                                                    Tel: 646 201 9117
                                                    Email: y.anderson@aalawpc.com

                                                    Attorneys for Plaintiff
                                                    Olivet University

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on the 18th day of April, 2025, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this date on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system.

                                                               */s/ Yen-Yi Anderson*
                                                         Yen-Yi Anderson
                                                         New York Bar No. 5096268
                                                        *Pro Hac Vice* Admission to Florida Middle District